NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES M. HENDRIX,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D19-4817
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Keith Spoto, Judge.

PER CURIAM.

            Affirmed.

NORTHCUTT, VILLANTI and ATKINSON, JJ., Concur.